IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCISCO WAYNE | : | 1:14-cv-1893 |
| | : | |
| Plaintiff, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| KAMIONKA ENTERTAINMENT GROUP and MULLIGAN'S DOWNTOWN PUB, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### June 16, 2016

Presently before this Court is a Motion for Summary Judgment (Doc. 24) filed by Defendants Kamionka Entertainment Group and Hospitality Partners 1, LLC d/b/a Mulligan's Downtown Pub ("Mulligan's"). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion for Summary Judgment (Doc. 24) is **GRANTED** in its entirety.

2. The Clerk of the Court **SHALL CLOSE** the file on this case

                                                  s/ John E. Jones III
                                                  John E. Jones III
                                                  United States District Judge